IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

LP BROADBAND, INC.,
d/b/a Skybeam
619 SW 14th Street
Loveland, CO 80537

Plaintiff,

v.

JOHN DOES 1-5,

Defendants.

Case No.: 13-cv-01330-PAB-BNB

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Expedited Order Authorizing Discovery (Doc. No. _, filed May 21, 2013), filed pursuant to Fed. R. Civ. P. 26(d).

IT IS ORDERED that Plaintiff's Motion is GRANTED. Pursuant to Fed. R. Civ. P. 45, Plaintiff is authorized to conduct discovery prior to the Fed. R. Civ. P. 26(f) conference for the limited purpose of discovering the identities of Defendant(s), including discovery of Google Inc., and any Internet Service Provider who provides Internet access or other services to such Defendant(s), to identify persons associated with the email address watchdog5x5@gmail.com, and any relevant associated Internet Protocol address, from which emails have been sent to prospective and existing Skybeam customers using information extracted from Skybeam's protected computers.

Dated this 18th day of Sept, 2013.

BY THE COURT:

/s/ Boyd N. Boland
~~United States District Judge~~

**BOYD N. BOLAND**
United States **Magistrate Judge**